**Order entered December 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01246-CV

## R2GO TRANSPORT LLC A/K/A READY 2 GO TRANSPORT LLC, Appellant

## V.

## XELLEX CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16746**

## ORDER

Before the Court is Cody J. Lewis's December 17, 2019 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Lewis as counsel for appellant. All future communications with R2Go Transport LLC A/K/A Ready 2 Go Transport LLC shall be directed to:

Javor McCoy, Owner
321 Cooper Street
Cedar Hill, Texas 75104
972-748-8506
r2gotransport@yahoo.com.

A business entity may only appear in this Court through an attorney. Therefore, we **ORDER** R2Go Transport LLC A/K/A Ready 2 Go Transport LLC to file, within **THIRTY DAYS** of the date of this order, the name, State Bar number, mailing and email addresses, and telephone and fax numbers of new counsel.  Because R2Go Transport LLC A/K/A Ready 2 Go Transport LLC cannot appear without counsel, failure to provide the Court with new counsel's information may result in the dismissal of the appeal without further notice.

/s/     KEN MOLBERG
JUSTICE